_____

No. 94-3783WM
No. 95-1417WM
_____

James Frederick Newport,          *
                                  *
              Appellant,          *
                                  *    Appeals from the United States
    v.                            *    District Court for the Western
                                  *    District of Missouri.
Michelin Aircraft Tire, also      *
known as Michelin Tire            *    [UNPUBLISHED]
Corporation,                      *
                                  *
              Appellee.           *
_____

Submitted:  December 22, 1995

Filed:  December 29, 1995
_____

Before FAGG, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     James Frederick Newport appeals the district court's orders
dismissing three counts of his complaint and granting summary judgment on
the remaining count.  Having carefully considered the record and the
parties' briefs, we conclude Newport is not entitled to relief.  We also
deny Newport's motion to dissolve the district court's protective order
enjoining Newport from entering appellee's property without written
consent.  Discussion of the issues presented by this appeal will serve no
useful purpose.  We thus affirm the district court's decisions.  See 8th
Cir. R. 47B.


     A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.